B6D (Official Form 6D) (12/07)

In re Jeffrey R. Modica Katarzyna A. Modica, Debtors

Case No. ________ (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

❑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6032-5903-2592-2879<br>Citi Financial<br>P.O. Box 22060<br>Tempe, AZ 85285-2060 | | H | Security Agreement<br>Furniture<br>VALUE $1,000.00 | | | | 2,086.50 | 1,086.50 |
| ACCOUNT NO. 151355109<br>Countrywide Home Loans<br>P.O. Box 650070<br>Dallas, TX 75265 | | J | Second Lien on Residence<br>Debtors' House<br>240 S. Villa Ave.<br>Addison, IL 60101<br>VALUE $230,000.00 | | | | 51,126.00 | 71,022.00 |
| ACCOUNT NO. 057653546<br>Countrywide Home Loans<br>P.O. Box 650070<br>Dallas, TX 75265 | | J | Mortgage<br>Debtors' House<br>240 S. Villa Ave.<br>Addison, IL 60101<br>VALUE $230,000.00 | | | | 185,496.00 | 71,022.00 |
| ACCOUNT NO. 00270881282<br>Hinsdale Bank & Trust<br>25 E. First Street<br>Hinsdale, IL 60521 | | J | Security Agreement<br>2001 Saturn SLI<br>VALUE $4,655.00 | | | | 9,335.00 | 4,680.00 |

1 continuation sheets attached

| | | |
|---|---|---|
| Subtotal > (Total of this page) | $ 248,043.50 | $ 147,810.50 |
| Total > (Use only on last page) | $ | $ |
| | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6D (Official Form 6D) (12/07)- Cont.

In re Jeffrey R. Modica Katarzyna A. Modica, Debtors

Case No. ________ (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 93185735<br>Honda Finance Corp.<br>P.O. Box 5308<br>Elgin, IL 60121 | | H | Security Agreement<br>2007 Honda Accord SE - Leased<br>VALUE $0.00 | | | | 21,000.00 | 21,000.00 |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal ➤ (Total of this page) | $ 21,000.00 | $ 21,000.00 |
| Total ➤ (Use only on last page) | $ 269,043.50 | $ 168,810.50 |
| | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07) Case Number **08–14633**

**UNITED STATES BANKRUPTCY COURT**
Northern District of Illinois

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on June 6, 2008.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jeffrey R. Modica<br>240 S. Villa Ave.<br>Addison, IL 60101 | Katarzyna A. Modica<br>aka Katie Modica<br>240 S. Villa Ave.<br>Addison, IL 60101 |
| Case Number: 08–14633<br>Office Code: 1 | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx–xx–3247<br>xxx–xx–1681 |
| Attorney for Debtor(s) (name and address):<br>Gregory J Martucci<br>Law Office Of Gregory J. Martucci<br>203 E. Irving Park Rd.<br>Roselle, IL 60172<br>Telephone number: 630 980–8333 | Bankruptcy Trustee (name and address):<br>Brenda Porter Helms ESQ<br>The Helms Law Firm, P.C.<br>3400 West Lawrence<br>Chicago, IL 60625<br>Telephone number: 773–463–6427 |

## Meeting of Creditors:

Date: **July 9, 2008** Time: **02:00 PM**

Location: **505 N County Farm Road, Room 2000, Wheaton, IL 60187**

**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

## Presumption of Abuse under 11 U.S.C. § 707(b)

*See "Presumption of Abuse" on reverse side.*

**The presumption of abuse does not arise.**

## Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: September 8, 2008**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number: 1–888–232–6814 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kenneth S. Gardner |
| Hours Open: Monday – Friday 9:00 AM –4:30 PM | Date: June 9, 2008 |

# EXPLANATIONS

**B9A (Official Form 9A) (12/07)**

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

— Refer to Other Side for Important Deadlines and Notices —

BAE SYSTEMS

Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

District/off: 0752-1 User: rdelgado Page 1 of 1 Date Rcvd: Jun 09, 2008
Case: 08-14633 Form ID: b9a Total Served: 17

The following entities were served by first class mail on Jun 11, 2008.

| | |
|---|---|
| db | +Jeffrey R. Modica, 240 S. Villa Ave., Addison, IL 60101-4018 |
| jdb | +Katarzyna A. Modica, 240 S. Villa Ave., Addison, IL 60101-4018 |
| aty | +Gregory J Martucci, Law Office Of Gregory J. Martucci, 203 E. Irving Park Rd., Roselle, IL 60172-2004 |
| tr | +Brenda Porter Helms, ESQ, The Helms Law Firm, P.C., 3400 West Lawrence, Chicago, IL 60625-5104 |
| 12306032 | +Alexian Brothers Hospital, 800 Biesterfield Rd., Elk Grove Village, IL 60007-3396 |
| 12306033 | +Bloomingdale Dental Care, 290 Sprinfield Dr., Ste. 100, Bloomingdale, IL 60108-2217 |
| 12306034 | Capitol One Bank, P.O. Box 5294, Carol Stream, IL 60197-5294 |
| 12306035 | Citi Financial, P.O. Box 22060, Tempe, AZ 85285-2060 |
| 12306036 | +Countrywide Home Loans, P.O. Box 650070, Dallas, TX 75265-0070 |
| 12306037 | Elmhurst Memorial Hospital, 75 Remittance Dr., Ste. 6383, Chicago, IL 60675-6383 |
| 12306039 | Home Depot, P.O. Box 6029, The Lakes, NV 88901-6029 |
| 12306041 | IDAPP, P.O. Box 707, Deerfield, IL 60015-0707 |
| 12306043 | Sears Credit Card, P.O. Box 6924, The Lakes, NV 88901-6924 |
| 12306044 | +Wells Fargo, P.O. Box 10347, Des Moines, IA 50306-0347 |

The following entities were served by electronic transmission on Jun 10, 2008.

| | |
|---|---|
| tr | +EDI: QBPHELMS.COM Jun 09 2008 22:48:00 Brenda Porter Helms, ESQ, The Helms Law Firm, P.C., 3400 West Lawrence, Chicago, IL 60625-5104 |
| 12306040 | EDI: HNDA.COM Jun 09 2008 22:48:00 Honda Finance Corp., P.O. Box 5308, Elgin, IL 60121 |
| 12306038 | +Fax: 866-543-0087 Jun 10 2008 03:04:31 Hinsdale Bank & Trust, 25 E. First Street, Hinsdale, IL 60521-4119 |
| 12306042 | EDI: RMSC.COM Jun 09 2008 22:43:00 Sam's Club, P.O. Box 530942, Atlanta, GA 30353-0942 |
| 12306043 | EDI: SEARS.COM Jun 09 2008 22:43:00 Sears Credit Card, P.O. Box 6924, The Lakes, NV 88901-6924 |
| 12306044 | +EDI: WFFC.COM Jun 09 2008 22:43:00 Wells Fargo, P.O. Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 6

***** BYPASSED RECIPIENTS *****

NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 11, 2008** **Signature:** Joseph Speetjens

B18J (Official Form 18J) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 08–14633**
**Chapter 7**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jeffrey R. Modica
240 S. Villa Ave.
Addison, IL 60101

Katarzyna A. Modica
aka Katie Modica
240 S. Villa Ave.
Addison, IL 60101

Social Security No.:
xxx–xx–3247

xxx–xx–1681

Employer's Tax I.D. No.:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: September 9, 2008

Kenneth S. Gardner, Clerk
United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

## EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

BAE SYSTEMS

Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

District/off: 0752-1 User: gbeemster Page 1 of 1 Date Rcvd: Sep 09, 2008
Case: 08-14633 Form ID: b18 Total Served: 17

The following entities were served by first class mail on Sep 11, 2008.

db +Jeffrey R. Modica, 240 S. Villa Ave., Addison, IL 60101-4018
jdb +Katarzyna A. Modica, 240 S. Villa Ave., Addison, IL 60101-4018
aty +Gregory J Martucci, Law Office Of Gregory J. Martucci, 203 E. Irving Park Rd., Roselle, IL 60172-2004
tr +Brenda Porter Helms, ESQ, The Helms Law Firm, P.C., 3400 West Lawrence, Chicago, IL 60625-5104
12306032 +Alexian Brothers Hospital, 800 Biesterfield Rd., Elk Grove Village, IL 60007-3396
12306033 +Bloomingdale Dental Care, 290 Sprinfield Dr., Ste. 100, Bloomingdale, IL 60108-2217
12306034 Capitol One Bank, P.O. Box 5294, Carol Stream, IL 60197-5294
12306035 Citi Financial, P.O. Box 22060, Tempe, AZ 85285-2060
12306036 +Countrywide Home Loans, P.O. Box 650070, Dallas, TX 75265-0070
12306037 Elmhurst Memorial Hospital, 75 Remittance Dr., Ste. 6383, Chicago, IL 60675-6383
12306039 Home Depot, P.O. Box 6029, The Lakes, NV 88901-6029
12306041 IDAPP, P.O. Box 707, Deerfield, IL 60015-0707
12306043 Sears Credit Card, P.O. Box 6924, The Lakes, NV 88901-6924
12306044 +Wells Fargo, P.O. Box 10347, Des Moines, IA 50306-0347

The following entities were served by electronic transmission on Sep 10, 2008.

tr +EDI: QBPHELMS.COM Sep 10 2008 06:08:00 Brenda Porter Helms, ESQ, The Helms Law Firm, P.C., 3400 West Lawrence, Chicago, IL 60625-5104
12306040 EDI: HNDA.COM Sep 10 2008 06:08:00 Honda Finance Corp., P.O. Box 5308, Elgin, IL 60121
12306038 +Fax: 866-543-0087 Sep 10 2008 10:22:46 Hinsdale Bank & Trust, 25 E. First Street, Hinsdale, IL 60521-4119
12306042 EDI: RMSC.COM Sep 10 2008 06:08:00 Sam's Club, P.O. Box 530942, Atlanta, GA 30353-0942
12306043 EDI: SEARS.COM Sep 10 2008 06:08:00 Sears Credit Card, P.O. Box 6924, The Lakes, NV 88901-6924
12306044 +EDI: WFFC.COM Sep 10 2008 06:08:00 Wells Fargo, P.O. Box 10347, Des Moines, IA 50306-0347

TOTAL: 6

***** BYPASSED RECIPIENTS *****

NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 11, 2008** **Signature:** Joseph Speetjens